**FILED**

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA 23-0268

MONTANA TROUT UNLIMITED, TROUT UNLIMITED, MONTANA ENVIRONMENTAL INFORMATION CENTER, EARTHWORKS, and AMERICAN RIVERS,

*Petitioners and Appellants,*

v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION and TINTINA MONTANA, INC.,

*Respondents and Appellees.*

**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

IT IS HEREBY ORDERED that the motion of Association of Gallatin Agricultural Irrigators, Montana Chamber of Commerce, Montana Farm Bureau Federation, Montana League of Cities and Towns, Inc., Montana Stockgrowers Association, and Montana Water Resources Association, seeking leave to file an *amicus curiae* brief in the above-captioned matter is GRANTED.

IT IS HEREBY ORDERED that said parties shall file their joint *amicus* brief on or before October 23, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 7 2023